O

FILED
CLERK, U.S. DISTRICT COURT

3/10/16

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DV___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L. STEWART,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CATALINA BANUELOS, et al.,<br><br>　　　　Defendants. | Case No. CV 15-03404-DSF (KES)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Plaintiff filed Objections to the Report and Recommendation. Further, the Court has engaged in de novo review of those portions of the Report to which Plaintiff objected. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing the Second Amended Complaint without leave to amend.

　　　3/9/16
DATED: _____

　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE