JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

3/10/16

CENTRAL DISTRICT OF CALIFORNIA
BY: DV DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L. STEWART,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CATALINA BANUELOS, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-03404- DSF (KES)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint is dismissed without leave to amend and the entire action is dismissed with prejudice.

　　　　3/9/16
DATED: _____

　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1